STATE EX REL. McCREE v. MURRAY, JUDGE.

[No. 28,786. Filed April 26, 1951.]

*John Henry McCree, pro se.*

PER CURIAM.—The petition and record here present the same defects as in *State of Indiana ex rel. John Henry McCree* v. *William J. Murray, Judge of the Criminal Court of Lake County,* 229 Ind. 321, decided this date. The issuance of the alternative writ of mandamus is denied.

NOTE.—Reported in 98 N. E. 2d 367.